# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 13, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153377(148)

CHELSIE BARKER, a Minor, by her Conservator
HOWARD LINDEN,
      Plaintiff-Appellant,

v

HUTZEL WOMEN'S HOSPITAL,
      Defendant-Appellee,
and

DETROIT MEDICAL CENTER/WAYNE STATE
UNIVERSITY,
      Defendant.
_____/

SC: 153377
COA: 321857
Wayne CC: 07-729813-NH

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on May 6, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 13, 2016



              Clerk